

In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00982-CV

_____

### CHENIERE ENERGY, INC. AND CHENIERE LNG TERMINALS, LLC, Appellants

### V.

### PARALLAX ENTERPRISES LLC, PARALLAX ENERGY LLC, PARALLAX ENTERPRISES (NOLA) LLC, LIVE OAK LNG LLC, LIVE OAK LNG PIPELINE LLC, MOSS LAKE LNG LLC AND CALCASIEU LNG LLC, Appellees

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-49685**

---

## ORDER

On January 18, 2018, this court issued an order abating the appeal and ordering the parties to conduct mediation within 60 days of the court's order.

On January 25, 2018, appellants filed an objection to the abatement of the appeal, but not to the court's order on mediation.

The objection is sustained, and the appeal is reinstated. The parties' mediation report is due on or before March 19, 2018. The reporter's record is due on or before February 23, 2018.

PER CURIAM